peals for the Eighth Circuit denied. *Weightstill Woods, pro se.* No appearance for respondents.

No. 282. ZEGURA *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *Richard H. Demuth* for the United States.

No. 283. SOUTHWESTERN GAS & ELECTRIC CO. *v.* CITY OF TEXARKANA ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John J. King* and *William H. Arnold, Jr.* for petitioner. *Mr. Ed B. Levee, Jr.* for respondents.

No. 285. LOS ANGELES *v.* IRVING TRUST CO., TRUSTEE, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. David M. Wood* and *W. Morton Carden* for petitioner. *Mr. Allen R. Memhard* for respondents.

No. 287. VALLETTE ET AL. *v.* CITY OF VERO BEACH. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. R. Sloan* for petitioners. *Mr. Robert J. Pleus* for respondent.